# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**COREY DEVON JACKSON**     **PLAINTIFF**

v.     **CAUSE NO. 1:17-cv-43-LG-RHW**

**TROY PETERSON, et al.**     **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY ORDERED AND ADJUDGED** this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED** this the 21st day of June, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE